# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D20-231
_____

MICHAEL DAVE RICHARDSON,

    Appellant,

v.

ALGEREE DIANE ADAMS,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Collins Cooper, Judge.

September 15, 2020

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) (discussing appellant's burden to provide the court with a record showing reversible error); *Hill v. Hill*, 765 So. 2d 99, 100 (Fla. 1st DCA 2000) (affirming appeal of non-final order where court ordered appellant to file a brief with appendix, and appellant filed an appendix with documents insufficient to support reversal).

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Michael Dave Richardson, pro se, Appellant.

Algeree Diane Adams, pro se, Appellee.